# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JOAQUIN BARRITA SORIANO, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00343-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14)<br><br>OCTOBER 25, 2018 DEADLINE |

On July 27, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 25, 2018.

IT IS SO ORDERED.

Dated: __**July 30, 2018**__

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1